# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0715.  FREDDIE CLARK v. THE STATE.**

This appeal was docketed on December 3, 2012.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file briefs and enumeration of errors within 20 days of the date of docketing of the appeal.  Therefore, appellant's brief and enumeration of errors were due no later than December 26, 2012. Appellant requested and was granted an extension of time until January 25, 2013 in which to file.  However, he did not timely file a brief and enumeration of errors.

Accordingly, this appeal is DISMISSED because appellant's attorney failed to file a brief and enumeration of errors.  If appellant has decided not to appeal, no further action is required.  However, if appellant wishes to proceed with the appeal, he may have the right to an OUT-OF-TIME APPEAL provided he exercises that right by moving for an out-of-time appeal in the trial court.  If the motion for an out-of-time appeal is granted and the appellant requests another attorney but cannot pay, the trial court is to appoint another attorney to proceed with the appeal.  If the trial court denies the motion for an out-of-time appeal, appellant may appeal that denial to this Court within 30 days of the trial court's decision. *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 02/19/2013
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*